BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7000

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT F. WATTLES and CAROL J. WATTLES, | NO. C15-01654-SK |
| Plaintiffs, | STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| UNITED STATES OF AMERICA, | Date:  January 13, 2016 |
| Defendant. | Time: 1:30 p.m. |

    Defendant, United States of America, and Plaintiffs, Robert F. Wattles and Carol J. Wattles, hereby stipulate, subject to the Court's consent, to continue the case management conference currently scheduled for January 13, 2016, to January 27, 2016, at 1:30 p.m.  Counsel for the United States is scheduled to be out of the country during the week of the scheduled conference.

SO STIPULATED this 4th day of January, 2016.


                                        /s/ Cynthia Stier
                                        CYNTHIA STIER
                                        Assistant United States Attorney

                                        /s/ Edward Perry
                                        EDWARD T. PERRY, ESQ.
                                        1255 Treat Blvd, Suite 300
                                        Walnut Creek, CA 94597
                                        Counsel for Plaintiffs Robert and Carol Wattles

1  ORDER

2  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Case Management

3  Conference, currently scheduled for January 13, 2016, is continued to January 27, 2016, at 1:30 p.m.


_____
SALLIE KIM
United States Magistrate Judge